[No. 23198-4-III.  Division Three.  December 8, 2005.]

*In the Matter of the Marriage of* VIKI L. McCARTNEY,
*Respondent*, and MYLES A. McCARTNEY, *Appellant.*

Appeal from a judgment of the Superior Court for Benton
County, No. 02-3-00947-7, Carolyn A. Brown, J., entered
June 28, 2004. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Kato, C.J., concurred
in by Schultheis, J., and Thompson, J. Pro Tem.

[No. 54646-5-I.  Division One.  December 12, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. J.E., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 04-8-00833-8, Patricia H. Clark, J., entered
June 28, 2004. *Affirmed* by unpublished opinion per Cox,
C.J., concurred in by Baker and Ellington, JJ.

[No. 54708-9-I.  Division One.  December 12, 2005.]

IMAE OAKSFORD, *Appellant,* v. FIRST DATA MERCHANT SERVICES
CORPORATION ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 02-2-28938-0, Steven C. Gonzalez, J., entered
July 6, 2004. *Affirmed* by unpublished opinion per Coleman,
J., concurred in by Cox, C.J., and Becker, J.

[No. 54825-5-I.  Division One.  December 12, 2005.]

JERRY R. ELROD ET AL., *Appellants,* v. JOHN H. PATON
TESTAMENTARY TRUST, *Respondent.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 04-2-00514-7, Michael F. Moynihan,
J., entered August 13, 2004. *Reversed* by unpublished
opinion per Schindler, J., concurred in by Cook, J. Pro Tem.;
Kennedy, J., indicated her concurrence prior to her death on
September 16, 2005.